**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-80105-ARTAU**

**UNITED STATES OF AMERICA,**

**v.**

**SEAN J. ALTERMAN,**

**Defendant.**
_________________________________/

**[PROPOSED] ORDER GRANTING DEFENDANT SEAN J. ALTERMAN'S MOTION TO PERMIT TRAVEL**

**THIS CAUSE** came before the Court upon Defendant Sean J. Alterman's Unopposed Motion to Permit Travel ("Motion"). The Court having carefully considered the Motion, the record, and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. Sean J. Alterman may travel to and reside in the District of New Jersey from December 12, 2026 through January 5, 2027.

2. Before departing, Mr. Alterman shall provide his United States Pretrial Services Officer with his travel itinerary and the address where he will be staying.

3. Mr. Alterman must advise his United States Pretrial Services Officer of any changes to his travel plans and the reasons for those changes.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida on ______________________, 2026.

_________________________________
**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**